AS SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, *v.* IRVING TRUST CO., EXECUTOR, ET AL. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Leonard B. Smith, Selden Bacon,* and *Nathan L. Miller* for respondents.

No. 1024. GORIN *v.* UNITED STATES; and

No. 1025. SALICH *v.* SAME. June 3, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Isaac Pacht, Donald R. Richberg, Seth W. Richardson,* and *Harry Graham Balter* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States. Reported below: 111 F. 2d 712.

No. 978. MILLIKEN ET AL. *v.* MEYER. June 3, 1940. Petition for writ of certiorari to the Supreme Court of Colorado granted. *Messrs. Jean S. Breitenstein* and *Harold H. Healy* for Milliken et al.; and *Mr. Edward M. Freeman* for Texas Production Co.,—petitioners. *Mr. Fred S. Caldwell* for respondent.

No. 962. ELECTRO-CHEMICAL ENGRAVING CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. B. S. Barron* for petitioner. *Solicitor General Biddle* for respondent.

No. 992. RECONSTRUCTION FINANCE CORPORATION ET AL. *v.* PRUDENCE SECURITIES ADVISORY GROUP ET AL.